15457

THOMPSON v. PATTERSON, SUPERVISOR
*IN RE:* STATE v. THOMPSON

(22 S. E. (2d), 590)

222

224

*Mr. J. Alex Neely,* of Anderson, Counsel for Appellant,

*Mr. Rufus Fant,* Solicitor, of Anderson, Counsel for the State, Respondent,

October 31, 1942.

PER CURIAM:

Being satisfied that the order of Honorable G. B. Greene, Circuit Judge, properly decided the only issue involved, we hereby direct that his order be published as the opinion of this Court.

The exceptions are overruled, and the judgment is affirmed.